FILED
CLERK, U.S. DISTRICT COURT
DEC 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRUNO RAMOS-NUNEZ, <br><br> Defendant. | NO.: CR 13-03282-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Northern District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1 | released under 18 U.S.C. § 3142(b) or (c). This finding is
2 | based on his failure to proffer any evidence to meet his burden
3 | on this issue.
4 | and
5 | B. (X) The defendant has not met his burden of establishing by
6 | clear and convincing evidence that he is not likely to pose a
7 | danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is
9 | based on his failure to proffer any evidence to meet his burden
10 | on this issue.
11 | IT THEREFORE IS ORDERED that the defendant be detained pending
12 | the further revocation proceedings.

DATED: December 24, 2013

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE